# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **WAYNE BURKETT, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CASE NO.:** |
| **v.** ) | |
| ) | **CV-06-RRA-4778-W** |
| **WAL-MART STORES, INC., et al.,**) | |
| ) | |
| **Defendants.** ) | |

## Memorandum of Opinion

This case comes before the court on the motion to remand filed by the plaintiff. (Doc. 4). On January 23, 2007, the magistrate recommended that the motion to remand be **DENIED**. The time for filing objections to the report and recommendation has now expired. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. An appropriate order will be entered.

**DONE** this the 20th day of February, 2007.

**VIRGINIA EMERSON HOPKINS**
United States District Judge